Kirk C. Chamberlin (SBN 132946)
**CHAMBERLIN KEASTER & BROCKMAN LLP**
16000 Ventura Boulevard, Suite 700
Encino, CA 91436-2758
(818) 385-1256
Facsimile - (818) 385-1802

Attorneys for Defendant
PACIFIC INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFIC INDEMNITY COMPANY, et al.,<br><br>    Defendants. | Case No. 1:11-CV-01209-AWI-DLB<br><br>**ORDER STAYING ACTION**<br><br>[Filed concurrently with Notice of Joint Motion and Joint Motion for Stay of Action and Declaration of Kirk C. Chamberlin] |

## ORDER

Defendant Pacific Indemnity Company ("Pacific Indemnity") and Plaintiffs Great American Insurance Company and Great American Insurance Company of New York ("Plaintiffs") filed a Joint Motion to Stay this Action.  The Court, having considered the parties' joint motion and declarations, hereby finds that:

1. The Parties' Joint Motion for Stay of Action is hereby **GRANTED**.

2. The Parties have reserved their rights to request that the Stay be lifted.  Upon entrance of an Order of this Court lifting the Stay, Defendant Pacific

Indemnity shall file its Answer to Plaintiffs' Complaint within fourteen (14) days from the date of such Order.

IT IS SO ORDERED.

Dated:   October 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE