Kirk C. Chamberlin (SBN 132946)
**CHAMBERLIN KEASTER & BROCKMAN LLP**
16000 Ventura Boulevard, Suite 700
Encino, CA 91436-2758
(818) 385-1256
Facsimile - (818) 385-1802

Attorneys for Defendant
PACIFIC INDEMNITY COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. 1:11-CV-01209-AWI-DLB<br><br>**ORDER STAYING ACTION**<br><br>[Filed concurrently with Notice of Joint Motion and Joint Motion for Stay of Action and Declaration of Kirk C. Chamberlin] |

## <u>ORDER</u>

Defendant Pacific Indemnity Company ("Pacific Indemnity") and Plaintiffs Great American Insurance Company and Great American Insurance Company of New York ("Plaintiffs") filed a Joint Motion to Stay this Action.  The Court, having considered the parties' joint motion and declarations, hereby finds that:

1. The Parties' Joint Motion for Stay of Action is hereby **GRANTED**.

2. The Parties have reserved their rights to request that the Stay be lifted.  Upon entrance of an Order of this Court lifting the Stay, Defendant Pacific

1

1    Indemnity shall file its Answer to Plaintiffs' Complaint within fourteen (14)

2    days from the date of such Order.

3

4

5

6    IT IS SO ORDERED.

7    Dated:   October 28, 2011          _____

8                                        CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28