# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al., | ) ) ) 1:11cv01209 AWI DLB |
| Plaintiffs, | ) ) ) ORDER GRANTING REQUEST ) FOR LEAVE TO FILE NOTICE ) OF RELATED CASE |
| v. | ) ) (Document 18) |
| PACIFIC INDEMNITY COMPANY, | ) ) ) |
| Defendant. | ) ) ) ) |

Plaintiffs Great American Insurance Company and Great American Insurance Company of New York filed this complaint for declaratory relief on July 21, 2011.  The action was stayed on October 31, 2011.

On February 21, 2012, Plaintiffs filed a request for leave to file a notice of related case. The request is GRANTED.  Plaintiffs SHALL file the notice within ten (10) days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **February 27, 2012**                              **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

1