William J. Baron (SBN 111288)
Colleen A. Cassidy (SBN 148357)
E. J. Kim (SBN 250062)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: wjbaron@duanemorris.com
E-Mail: cacassidy@duanemorris.com
E-Mail: ejkim@duanemorris.com

Attorneys for Plaintiffs
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

FILED
APR 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC INDEMNITY COMPANY, a Wisconsin Corporation; DOES 1-50, inclusive,<br><br>Defendant. | Case No. 1:11-CV-01209-AWI-SAB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed: 7-21-11<br>Judge:<br>U.S. Magistrate Judge Stanley A. Boone |

DM1\3806175.1                                          Case No. 1:11-CV-01209-AWI-SAB
**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Great American Insurance Company and Great American Insurance Company of New York ("Great American") hereby voluntarily dismiss their claims against Defendant Pacific Indemnity Company with prejudice. This notice of voluntary dismissal is timely to effect a dismissal with prejudice of this action without a court order as no defendant has served an answer or a motion for summary judgment.

DATED: April 10, 2013          DUANE MORRIS LLP


                               By: _____
                                   William J. Baron (SBN 111288)
                                   Colleen A. Cassidy (SBN 148357)
                                   E. J. Kim (SBN 250062)
                               Attorneys for Plaintiffs
                               GREAT AMERICAN INSURANCE COMPANY and
                               GREAT AMERICAN INSURANCE COMPANY OF
                               NEW YORK


                               It is so Ordered. Dated: 4-11-13

                               _____
                               United States District Judge